# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-3493

———————

Lynn K. Engstrand,                          *
                                            *
             Appellant,                     *
                                            *   Appeal from the United States
       v.                                   *   District Court for the
                                            *   Southern District of Iowa.
Pioneer Hi-Bred International,               *
Inc.,                                       *          [UNPUBLISHED]
                                            *
             Appellee.                      *

———————

Submitted:  April 18, 1997

Filed:  May 7, 1997

———————

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Lynn Engstrand appeals from a grant of summary judgment by the District Court[1] in favor of the defendant, Pioneer Hi-Bred International, Inc., on Engstrand's claims under Title VII and the Age Discrimination in Employment Act.  Engstrand argues in a variety of ways that she provided sufficient evidence to create a genuine issue of fact as to whether sex or age discrimination was a motivating factor in the decision to discharge her.

———————

[1]The Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa, who presided over the case with the consent of the parties in accordance with 28 U.S.C. § 636(c).

Having considered the briefs and record and the oral arguments of the parties, we conclude that no error of law appears and that summary judgment was correctly entered. The judgment of the District Court is affirmed on the basis of that court's thorough and well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT